United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Manfred Philip Marotta
Lynne Kane Marotta
    Debtors

Case No. 16-10809-sr
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Aug 01, 2016
                     Form ID: 195     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.
db/jdb        Manfred Philip Marotta,    Lynne Kane Marotta,    3775 Buckingham Drive,
                Doylestown, PA 18902-1665
cr           +PennyMac Loan Services, LLC,    C/O Aldridge Pite, LLP,    Fifteen Piedmont Center,
               3575 Piedmont Road, N.E.,    Suite 500,    Altanta, GA 30305-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:
         JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
          Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
          Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
         JILL MANUEL-COUGHLIN    on behalf of Creditor    NPL FINANCING 2015-1 jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
         MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
          mary@javardianlaw.com, tami@javardianlaw.com
         ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
          rholber@ecf.epiqsystems.com
         ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Lynne Kane Marotta
          sbottiglieri@gillinlawoffice.com, ecfnotice@comcast.net
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Manfred Philip Marotta
          sbottiglieri@gillinlawoffice.com, ecfnotice@comcast.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                               TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                         : Chapter 7

Manfred Philip Marotta and Lynne Kane Marotta                 : Case No. 16–10809–sr
    Debtor(s)

## *ORDER*
_____

    AND NOW, this day , August 1, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

36
Form 195